| No | IP | Port | Hit Date UTC | File Name | File Hash | ISP | Region | City |
|---|---|---|---|---|---|---|---|---|
| 1 | 66.57.45.82 | 9215 | 2017-06-07 22:03:58 | A.Family.Man.2016.1080p.WEB-DL.DD5.1.H264-FGT | SHA1: 66142306B49AA8486978898BA51B7273A3B85327 | Time Warner Cable | North Carolina | Creedmoor |
| 2 | 108.66.209.227 | 55360 | 2017-06-10 21:41:13 | A.Family.Man.2016.1080p.WEB-DL.DD5.1.H264-FGT | SHA1: 66142306B49AA8486978898BA51B7273A3B85327 | AT&amp;T U-verse | North Carolina | Raleigh |
| 3 | 96.10.29.50 | 56240 | 2017-06-16 14:31:43 | A.Family.Man.2016.1080p.WEB-DL.DD5.1.H264-FGT | SHA1: 66142306B49AA8486978898BA51B7273A3B85327 | Time Warner Cable | North Carolina | Raleigh |
| 2 | 107.13.45.92 | 50321 | 2017-06-16 17:37:28 | A.Family.Man.2016.1080p.WEB-DL.DD5.1.H264-FGT | SHA1: 66142306B49AA8486978898BA51B7273A3B85327 | Time Warner Cable | North Carolina | Raleigh |
| 5 | 38.124.248.34 | 53454 | 2017-06-19 01:16:25 | A.Family.Man.2016.1080p.WEB-DL.DD5.1.H264-FGT | SHA1: 66142306B49AA8486978898BA51B7273A3B85327 | Cogent Communications | North Carolina | Raleigh |
| 6 | 71.74.3.86 | 63912 | 2017-06-19 05:42:07 | A.Family.Man.2016.1080p.WEB-DL.DD5.1.H264-FGT | SHA1: 66142306B49AA8486978898BA51B7273A3B85327 | Time Warner Cable | North Carolina | Maysville |
| 7 | 174.109.92.166 | 62993 | 2017-06-20 00:12:36 | A.Family.Man.2016.1080p.WEB-DL.DD5.1.H264-FGT | SHA1: 66142306B49AA8486978898BA51B7273A3B85327 | Time Warner Cable | North Carolina | Raleigh |
| 8 | 71.0.182.23 | 53147 | 2017-06-24 01:00:09 | A.Family.Man.2016.1080p.WEB-DL.DD5.1.H264-FGT | SHA1: 66142306B49AA8486978898BA51B7273A3B85327 | CenturyLink | North Carolina | Fayetteville |
| 9 | 71.69.145.190 | 59581 | 2017-06-20 02:42:45 | A.Family.Man.2016.1080p.WEB-DL.DD5.1.H264-FGT | SHA1: 66142306B49AA8486978898BA51B7273A3B85327 | Time Warner Cable | North Carolina | Raleigh |
| 10 | 107.140.244.82 | 62946 | 2017-06-20 13:38:22 | A.Family.Man.2016.1080p.WEB-DL.DD5.1.H264-FGT | SHA1: 66142306B49AA8486978898BA51B7273A3B85327 | AT&amp;T U-verse | North Carolina | Cary |
| 11 | 65.190.68.130 | 52179 | 2017-06-20 23:28:47 | A.Family.Man.2016.1080p.WEB-DL.DD5.1.H264-FGT | SHA1: 66142306B49AA8486978898BA51B7273A3B85327 | Time Warner Cable | North Carolina | Goldsboro |

EXHIBIT 2, HEADHUNTER, LLC V. DOES 1-11, EDNC, 5:17-CV-325