IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

HEADHUNTER, LLC,)
)
Plaintiff,)
) 5:17-cv-325-BO
v.)
)
)
DOES 1-11,)
)
Defendants.)

## ORDER EXTENDING TIME FOR PLAINTIFF TO SERVE DEFENDANTS

Plaintiff, Headhunter LLC, has, by counsel and pursuant to FED.R.CIV.P. 4(m) and 6(b), filed a Motion to Extend Time to Serve Defendants. Upon review of the Motion, it appears that the time for Plaintiff to serve Defendants has not expired, and Plaintiff has stated good cause for the extension.

**IT IS THEREFORE ORDERED** that the First Motion to Extend Time to Serve Defendants is granted and that Plaintiff is granted an additional period of time, to and including December 30, 2017, to serve Defendants, pursuant to FED.R.CIV.P. 4.

This the 27 day of September, 2017.

Terrence Boyle
United States District Court