IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:16-cv-325-BO

| | |
|---|---|
| HEADHUNTER, LLC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| DOES 1-11, | ) ) |
| Defendants. | ) ) ) |

**NOTICE OF VOLUNTARY DISMISSAL OF**
**DOES 2 & 3 WITHOUT PREJUDICE**

Plaintiff, Headhunter, LLC, by counsel and pursuant to FED.R.CIV.P. 41(a)(1)(A)(i) and 41(a)(1)(B), respectfully notifies the Court of its voluntary dismissal, without prejudice, of its complaint against Defendant Doe 2 and Doe 3 identified in Exhibit B to the Complaint.

Dated this 11th day of October, 2017.

                By:   /s/ Kathleen M. Lynch
                        Kathleen Maher Lynch
                        NC State Bar No. 37429
                        Lynch Van Sickle, PLLC
                        201 Shannon Oaks Circle, Suite 200
                        Cary, NC 27511
                        (919) 469-5685
                        kml@lynchvansickle.com
                        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 11th day of October, 2017, she electronically filed the foregoing "**NOTICE OF VOLUNTARY DISMISSAL OF DOES 2 & 3 WITHOUT PREJUDICE**" with the Clerk of the Court using the CM/ECF system which will electronically send notification of such filing to the parties who have appeared in this case.

By: /s/ Kathleen M. Lynch
Kathleen Maher Lynch
NC State Bar No. 37429
Lynch Van Sickle, PLLC
201 Shannon Oaks Circle, Suite 200
Cary, NC 27511
(919) 469-5685
kml@lynchvansickle.com
*Attorneys for Plaintiff*